**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6858**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DAVID CLARENCE WARD,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:02-cr-00063-MR-1)

———————

Submitted:  February 26, 2026                Decided:  March 3, 2026

———————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David Clarence Ward, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Clarence Ward appeals the district court's order denying his most recent 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review of the record, we discern no abuse of discretion in the denial of Ward's motion. *United States v. Burleigh*, 145 F.4th 541, 548-49 (4th Cir. 2025) (discussing standard of review and standards for its application). Specifically, the appealed-from order, which was issued in September 2025, incorporated by reference the court's March 2023 order in which the court considered many of the same arguments that Ward advanced in the subject motion and denied relief after (a) ruling that Ward did not satisfy the "extraordinary and compelling reasons" standard, *see* 18 U.S.C. § 3582(c)(1)(A)(i); and (b) considering the 18 U.S.C. § 3553(a) factors. Accordingly, we affirm the district court's order. *United States v. Ward*, No. 1:02-cr-00063-MR-1 (W.D.N.C. Sept. 22, 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2